FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

24 MAY 13 AM 11: 41

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

Kamilah Tolliver , Plaintiff

wire tranfers 121000248

v.  Routing number 121042882    Jury Trial requested:

Wells fargo bank ,   (please check one)
___ Yes _X_ No

Bank of America ,

Kim Kardashian West

Kylie Jenner _____ , Defendant(s).

Black ink Crew
Cesear Emanual

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Kamilah  Tolliver          3601 S Dallas St
Denver Co 80231
(Name and complete mailing address)

770 971 4019
(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:    Bank  of  America
(Name and complete mailing address)

100  N Tryon St Charlotte NC 28255
(Telephone number and e-mail address if known)

Defendant 2:    Wells fargo  corporate office
(Name and complete mailing address)

420  Montgomery St San Francisco
(Telephone number and e-mail address if known)

Defendant 3:    Kylie Jenner    Aug 10 1997
(Name and complete mailing address)

818 437 1448    833 545 9543
(Telephone number and e-mail address if known)

Defendant 4:    Kim  Kardashian  west  10-21-1980
(Name and complete mailing address)

(Telephone number and e-mail address if known)

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

[X] Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case. *Individuals gave Kamilabs Toliver information out to wellsfargo bank wells fargo Bank for Black ink crew Abury aday miley cyrus offset Kanra cepus Cardi b marnelis Almanzer Gabrelle union Sky Jokeita Days Dutches lathamar Beyone Khavelu faboulous than Jackson united States*

[X] Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _*United States*_

If Defendant 1 is an individual, Defendant 1 is a citizen of _*united States*_.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Wells fargo bank useing persons

Supporting facts: Information idenitity loans In person Kamilah tolivers name without consent for wedding catering service in California ruining credit better business bureua trans union

4

**E.    REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

Well fargo bank manager, kylie Jener Kim Kardashian Black ink crew Joined in putting more loans in persons Kamilah Tollivers name

**F.    PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

May 13 2024
_____
(Date)

(Revised February 2022)

5